UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 6:01-71

UNITED STATES OF AMERICA                                              PLAINTIFF

v                          **OPINION AND ORDER**

NEWELL DUANE WEEKS                                                    DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the defendant Newell Duane Weeks' motion (DE 124) requesting that he be resentenced.

Weeks pleaded guilty in this Court to Counts 1 and 3 of the indictment charging him respectively with aiding and abetting the theft of firearms in violation of 18 U.S.C. § 922(u) and with using a firearm in a crime of violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii). On December 5, 2002, this Court sentenced the defendant to 92 months on Count 1 and the statutory minimum of 84 months on Count 3, to be served consecutively for a total term of 176 months. He has served that sentence and is no longer in custody.

The Sixth Circuit Court of Appeals has recently entered an order indicating that Weeks' § 924(c) conviction should be vacated in accordance with the Supreme Court's opinion in *United States v. Davis*, 139 S. Ct. 2319 (2019), which held that the definition of "crime of violence" in § 924(c) is unconstitutionally vague. *Id.* at 2336. The Sixth Circuit also ordered that the Court's judgment be vacated in full and remanded the matter to this Court for further proceedings.

Consistent with the Sixth Circuit's opinion, the Court hereby ORDERS as follows:

1) Count 3 of the indictment is DISMISSED;

2) Because Weeks has served the sentence imposed by the judgment, the Court hereby **ORDERS** that his motion to be resentenced is DENIED. No further sentence will be imposed;

3) Because the Sixth Circuit vacated the entire judgment, the Court hereby **ORDERS** that the United States Probation Office SHALL prepare an amended judgment deleting the § 924(c) conviction and imposing a sentence of 92 months, with a notation of the date that Weeks discharged that sentence.

Dated February 25, 2020

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY